John E. James III
(S.V.S.P.)
D-8-232
P.O. Box 1050
Soledad, CA. 93960

FILED
08 FEB -5 PM 1:23
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

U.S. Dis Court N. Dis
of California

| | |
|---|---|
| John E. James III ) | |
| Vs. ) | Case No. # CV-07-6193-JSW-(PR) |
| Mike S. Evans (warden) ) | Notice of Motion & Motion to Dismiss Claims against Two (2) defendants: ① "H. Blanco"; ② "R. Lopez"; ......(In Interest of Justice) |

Plaintiff is a prisoner persuing 42 U.S.C. §1983 pro-se; In Forma Pauperis.

At this time plaintiff moves this court to dismiss claims in this matter against defendants: ① "H. Blanco" ; & ② "R. Lopez" ; releasing said defendants from the liability of this suit...
Said motion is due to plaintiff's uncertainty if said officials were the actual staff involved in said claim. When Discovery is undergone & plaintiff is able to obtain accused staffs true identity; then plaintiff shall move to supplement the complaint at that time...
Plaintiff moves for this action in the Interest of Justice; to ensure that no innocent staff are wrongly prosecuted...

/s/ John E. James III

Date: 2-3-08