John E. James III
Salinas Valley State Prison
D-1-128
P.O. Box 1050
Soledad, CA. 93960



U.S. Dis Court N. District
of California

John E. James III )
)
Vs. )
)
Mike S. Evans, & (1-10) )

Case No. # CV-07-6193-JSW-(PR)

Notice of Motion & Motion For Preliminary Injun-
-tive Relief. — Emergeny Motion Request —

On 12-6-07 plaintiff filed this case before this court, seeking relief from California Department of Corrections & Reabilitation, "Secretary"; & Salinas Valley State Prison (S.V.S.P.) officials... Immediately thereafter said officials Initiated an atrocious Campaign to Retaliate aginst plaintiff. Plaintiff has been physically beaten, & subjected to Excessive Force, "twice", by the defendants In this matter, whom were accompanied by (Non-Party) "Green Wall" (Prison Staff Orgnized Crime Gang Affiliates). Since the filing of this complaint plaintiff has had to submit approx (10) (602) greivance Staff Complaints, aginst (S.V.S.P.) officials, seeking relief from retaliation from prison staff. A copy of said Staff Complaint were sent to the (defendant), (S.V.S.P.) Warden "Mike Evans", with Cover Sheet Letters Attached explaining the habitual criminal behavior by said officials; & requesting the ensurance of said staff complaints (s/c) being processed by (S.V.S.P.) officials... Plaintiff has also sent Corrosponding Notice of

(1.p3)

referred to retaliation(s); & requesting relief from harrassment; & for an Investigation to be Instituted with Adverse Personel Action to be taken aginst all staff found to be guilty of misconduct...

<u>All of said (CDCR) officials (though not limited to) were deliberately Indiffent to all of the retaliatory actions by prison officials.</u>

On around or about 1-24-08 plaintiff was <u>confronted</u> & <u>assulted</u> by defendant "Lutes", (SGT); & threatened with False charge's by defendant(s): ① "J. Stevenson"; ② "Lutes"

On 2-6-08 defendants "Turk"; (M. Tellez), & non-party (svsp) officials, "G. Cobian"; "Delgado"; "P. Tomasian"; attempted to murder plaintiff by spraying him with (3) entire cannisters of O.C. Pepper Spray, Into plaintiffs face & head area; through the cell door food-port (while plaintiff was confined In his cell, alone).

When plaintiff did not choke to death (because I used towels/linnen as "gas mask" face covering to breath through); (S.V.S.P.) ordered plaintiff to cuff up, & I complied; at which time officials took me out of the cell & beat me while I was In restraints, causing: (Busted Head; & multiple body Injuries)...(See Ex:____)

<u>Officials then denied plaintiff: adequate medical treatment</u>; <u>denied me decontamination of said ~~~~ Chemical Agents</u>; <u>refused to take statements from multiple Inmate witnesses</u>; <u>Issued plaintiff a False criminal charge for assult aginst staff</u>; <u>Confinscated (illegally) "all" of plaintiffs property (via, legal Material); & Is denying plaintiff any Library/court Access; & Is refusing to process plaintiffs (602) complaint(s) In this Matter, to prevent plaintiff from reporting this matter to the courts, causing a "Chilling Effect" on plaintiffs 1st Amendment Right of the U.S. Constitution</u>

Action Requested:

#1). To be removed out of (CDCR) custody; & be placed Into Federal Custody; to serve the conclussion of the (35) months Left to be served; on the Thirteen year prison sentence...

#2). For this Court to order the defendant, (CDCR) "Secretary"; to Issue plaintiff a written, & signed & dated contract Declaration; ensuring that No subordinate Staff (Defendant(s)/ & or Non-Party), or their Successors, will ever Retaliate aginst plaintiff agin; while employed by (CDCR)...

#3). For this Court to Order (CDCR) officials to Immediately expedite plaintiff transferred out of (S.V.S.P.)...

#4). For this Court to order (S.V.S.P.) & (CDCR) officials to re'Issue plaintiff "all" of his (Ad-Seg) allowable property; Immediately.

#5). For this Court to Order defendant(s) to allow plaintiff Library/Court Access/ & or Paging System; (at a minimum of (3-4) hours per day)...

#6). For this Court to Issue a Federal Criminal Indictment, / & or Grand Jury Indictment; & charge's filed aginst "all" defendants, & Non-Party participants Involved In this matter...

(3 of 3)