John E. James III (T-15474)
(S.V.S.P.)
D-1-126
P.O. Box 1050
Soledad, CA. 93960



U.S. Dis Court N. Dis
of California

John E. James III )   Case. No. # CV-07-6193-JSW-(PR)
                  )
vs.               )   Notice of Motion & Motion for Preliminary Injunction
                  )   Relief
                  )
Mike S. Evans, (1-10) )

Plaintiff is a prisoner in Salinas Valley State Prison (S.V.S.P.), pro-se litigant pursuing 42 U.S.C. §1983, In Forma Pauperis... On 12-6-07 plaintiff filed the forementioned case in this court; & on around or about 12-15-07 plaintiff filed a motion to Amend said Complaint, adding claims & defendants. Since the filing of said Complaint/& Amended Complaint (S.V.S.P.) officials have initiated an onslaught of open reprisal, & campaign to Harrass plaintiff for exercizing his First Amendment Right of the U.S. Constitution, causing a "Chilling Effect"...

On 2-6-08 the defendants in said Amended Complaint, & multiple Non-Party (S.V.S.P.) ("Green Wall" prison guard gang affiliates); came to plaintiffs cell-door, opened his (food-port) & sprayed plaintiff with (3) entire cannisters of O.C. Pepper Spray, through the food-port (F/P), all over plaintiffs face, head, & upper/lower torso. (S.V.S.P.) officials then ordered plaintiff to cuff up, removed plaintiff from the cell; & physically beat plaintiff while he was locked

In restraints, causing: (Busted Head; Chemical Burns due to no decontamination; cuts around wrist; chest - Back - Head - Neck - Shoulder (L) = Pain;)...

Plaintiff was denied decontamination; medical treatment; & prison officials refused to record plaintiffs Injuries In their totality.

Prison officials then Issued plaintiff False Criminal Charge's, accusing plaintiff of battering the defendants / or other accused Staff In this matter; & sent the false charge's to the Monterey County District Attorneys Office, referred, requesting the prosecution of plaintiff for said (clearly Retaliatory) False charge's... (See Attached Statement of Facts Declaration by Plaintiff / Ex:

Prison officials then moved plaintiff away from the multiple Inmate witnesses whom observed the assult upon plaintiff; & officials Conspired to cover Up the staff misconduct by failing to Investigate, & take video tape recorded / or written statements, from those Inmate (I/M) witnesses. (In violation of State, Federal & Local policy & procedure)

Prison officials then confinscated all of plaintiffs (Ad-Seg) allowable property; Is denying plaintiff Library/court Access; & refusing to process plaintiffs (CDCR) (602) Appeal greivance of the matter; all done In attempts to prevent plaintiff from notifying governing authority / & or seeking any relief In this matter.

Prison officials have destroyed plaintiffs Legal material, (Case Law - Pens - Paper - etc.. officials have stolen/destroyed plaintiff Law Books, ① Georgetown Law Journal; ② Protect Your Health & Safety; ③ Federal Rules of Civil Procedures;

Prison officials also Issued plaintiff "Death Threats", vowing to Kill plaintiff... (S.V.S.P.) Mental Health, & various Medical staff are also "Green Wall"/ & or (G/W) sympathizers