IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN E. JAMES, III, | ) | No. C 07-6193 JSW (PR) |
|     Plaintiff, | ) ) | |
| v. | ) ) | **ORDER OF DISMISSAL** |
| B. ESSER, | ) ) | |
|     Defendant. | ) ) ) | (Docket No. 33) |

    Plaintiff was a California prisoner when he filed this pro se civil rights complaint under 42 U.S.C. § 1983. Plaintiff was released on parole on January 31, 2011, but he has not informed the Court or the defendants of his new address. Defendant has filed a motion to dismiss for failure to prosecute, and Plaintiff has not opposed the motion. In orders dated October 3, 2008, November 8, 2010, and February 1, 2011, the Court cautioned Plaintiff that he must keep the Court informed of any change of address and that his failure to do so may result in the dismissal of this action. Moreover, Local Rule 3.11 requires Plaintiff to notify the Court of any change in his address, and that his failure to do so within sixty days of a change of address will result in the dismissal of the action. As Plaintiff has not provided the Court with a correct address within sixty days of the date he was paroled,

1  and both the defendant and the Court are consequently unable to reach him, Defendant's motion
2  to dismiss (docket number 33) is GRANTED and this case is DISMISSED without prejudice.
3        The Clerk shall enter judgment and close the file.
4        IT IS SO ORDERED.
5  DATED: May 25, 2011

                              JEFFREY S. WHITE
                              United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN E. JAMES III,

        Plaintiff,

  v.

MIKE S. EVANS et al,

        Defendant.

Case Number: CV07-06193 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John E. James P-13474
P.O. Box 5104
Delano, CA 93216

Dated: May 25, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk